UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 5:26-cv-00198-JWH-SSC Date: August 13, 2026

Title Oscar Danilo Montealto Garcia v. Todd Lyons, et al.

Present: The Honorable Stephanie S. Christensen, U.S. Magistrate Judge

| Teagan Snyder | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:** (IN CHAMBERS) **Order to Show Cause Why the Action Should Not be Dismissed as Moot**

On January 16, 2026, Petitioner Oscar Danilo Montealto Garcia filed a counseled petition for writ of habeas corpus by a person in federal custody pursuant to 28 U.S.C. § 2241. (ECF 1.) Petitioner alleges that he is in immigration detention at the Adelanto ICE Processing Center in Adelanto, California. (*Id.* at 2.) Petitioner raises claims involving access to counsel and conditions of confinement. (*Id.* at 5–8.) The petition seeks relief in the form of "immediate release unless, within 48 hours, Respondents demonstrate and implement procedures that provide (a) private, confidential videoconference appointments with counsel scheduled within 24 hours of request, (b) free, confidential legal phone calls from Petitioner's housing unit on unmonitored and unrecorded lines scheduled within 24 hours, and (c) timely in-person attorney visits with private rooms[.]" (*Id.* at 9.)

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 5:26-cv-00198-JWH-SSC Date: August 13, 2026

Title Oscar Danilo Montealto Garcia v. Todd Lyons, et al.

Petitioner filed a separate habeas petition seeking a bond hearing or release. *Montealto Garcia v. Lyons*, No. 5:26-cv-01416-JWH-SSC, Dkt. No. 1 at 9 (C.D. Cal. filed Mar. 24, 2026). The petition was granted and a bond hearing was ordered. *Id.*, Dkt. No. 14.

On August 4, 2026, the Court ordered supplemental briefing addressing whether Petitioner is currently detained. (ECF 9.) Petitioner filed supplemental briefing, indicating that he is no longer in immigration detention. (ECF 10.) The brief also stated: "Petitioner recognizes that his release from ICE custody bears on the Court's ability to grant the custodial relief requested in the Petition, and Petitioner is prepared to file a notice of voluntary dismissal. Petitioner will promptly file any further submission the Court requires on this point." (*Id.* at 5.)

The Court agrees regarding the impact on relief. "The essence of habeas corpus is an attack by a person in custody upon the legality of that custody, and . . . the traditional function of the writ is to secure release from illegal custody." *Preiser v. Rodriguez*, 411 U.S. 475, 484 (1973). Accordingly, no later than **August 19, 2026**, Petitioner must file the intended dismissal either by stipulation signed by all parties under Rule 41(a)(1)(A)(ii), or by application seeking a court order under Rule 41(a)(2) of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

:

Initials of Preparer **ts**